Miami Herald Publishing Co., a Division of Knight Newspapers, Inc., et al., and American Newspaper Publishers Assn. for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 72–6748.  WALDRON *v.* UNITED STATES, *ante,* p. 31;

No. 72–6800.  GOAD *v.* ANDERSON, WARDEN, *ante,* p. 1043;

No. 73–404.  DEPENDENT SCHOOL DISTRICT No. D–20 OF CADDO COUNTY ET AL. *v.* PARKER, COUNTY SUPERINTENDENT OF SCHOOLS, *ante,* p. 1035;

No. 73–418.  HUTUL *v.* CHICAGO BAR ASSN., *ante,* p. 1040;

No. 73–502.  STRUMSKIS *v.* UNITED STATES, *ante,* p. 1067;

No. 73–5151.  WATSON *v.* AULT, WARDEN, *ante,* p. 1069;

No. 73–5181.  WILLIAMS *v.* CALIFORNIA, *ante,* p. 1041;

No. 73–5441.  THIBADOUX *v.* WARDEN, CLINTON CORRECTIONAL FACILITY, *ante,* p. 1071;

No. 73–5474.  PALLER *v.* PALLER, *ante,* p. 1072; and

No. 73–5481.  SAYLES *v.* McGUIRE, U. S. DISTRICT JUDGE, *ante,* p. 1059.  Petitions for rehearing denied.

No. 73–275.  ALABAMA GREAT SOUTHERN RAILROAD CO. ET AL. *v.* LOUISIANA;

No. 73–335.  ILLINOIS CENTRAL RAILROAD CO., NOW ILLINOIS CENTRAL GULF RAILROAD *v.* LOUISIANA;

No. 73–340.  SOUTHERN PACIFIC TRANSPORTATION CO. *v.* LOUISIANA;

No. 73–341.  TEXAS PACIFIC-MISSOURI PACIFIC TERMINAL RAILROAD OF NEW ORLEANS *v.* LOUISIANA; and

No. 73–342.  LOUISIANA & ARKANSAS RAILWAY CO. *v.* LOUISIANA, *ante,* p. 991.  Motion of Association of